# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DAVID A. CROSBY,

    Plaintiff,

v.                                                                Case No. 24-CV-730

DOUG COLLINS, Secretary of
United States Department of Veteran Affairs,

    Defendant.

## REPORT AND RECOMMENDATION TO DISMISS
## FOR FAILURE TO PROSECUTE[1]

    David A. Crosby filed the above-captioned action on February 8, 2024, in the District of Utah. (Docket # 1.) The action was transferred to the Eastern District of Wisconsin on June 12, 2024. (Docket # 13.) On July 30, 2024, the Clerk of Court issued plaintiff's counsel a letter informing him that to use the Court's electronic filing system he will need to be admitted to the Eastern District of Wisconsin and registered for an account on CM-ECF. (Docket # 16.) On July 16, 2025, defendant moved to dismiss for failure to prosecute. (Docket # 18.) On September 5, 2025, I cautioned plaintiff that the failure to respond to defendant's motion by September 19, 2025, would result in the dismissal of this action.

    Pursuant to Fed. R. Civ. P. 41(b) and Civ. L.R. 41(c) (E.D. Wis.), a court may dismiss an action where the plaintiff fails to diligently prosecute their case. To date, plaintiff has not responded to defendant's motion, nor has plaintiff's counsel taken any action in response to

---

[1] Because plaintiff has not consented to or refused magistrate judge jurisdiction, I issue a report and recommendation regarding the dismissal of the complaint. *See Coleman v. Labor and Indus. Rev. Comm'n*, 860 F.3d 461 (7th Cir. 2017).

the Clerk's letter. Given the court's prior warning and plaintiff's failure to respond, it appears plaintiff does not intend to prosecute this action. As such, I recommend the complaint be dismissed for failure to prosecute.

**NOW, THEREFORE, IT IS RECOMMENDED** that Defendant's Motion to Dismiss (Docket # 18) be **GRANTED**. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen (14) days of the date of service of this recommendation or order. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the court in writing.

Dated at Milwaukee, Wisconsin this 29th day of September , 2025.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge